# United States District Court
## EASTERN DISTRICT OF CALIFORNIA

FILED
2005 MAY 11  P 4: 28
CLERK, US DIST. COURT
EASTERN DIST. OF CALIF
AT FRESNO
BY_____
       DEPUTY

|  |  |
|---|---|
| United States of America | |
| vs. | Case No. 04-5327 AWI |
| Adalberto Gallardo Chavez | |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, __Adalberto Gallardo Chavez__, have discussed with _____Lydia J. Serrano_____, Pretrial Services Officer, modifications of my release conditions as follows:

Removing from my conditions of release the condition pertaining to Home Detention and Curfew (Special Condition number 8).

All other previously ordered conditions of release not in conflict with this modification to remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  5/9/05           _____  5-9-05
Signature of Defendant    Date            Pretrial Services Officer  Date
Adalberto Gallardo Chavez                 Lydia J. Serrano

I have reviewed the conditions and concur that this modification is appropriate.

_____                              May 10, 2005
Signature of Assistant United States Attorney       Date
Laurel J. Montoya

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                              May 9, 2005
Signature of Defense Counsel                         Date
Patience Milrod

## ORDER OF THE COURT

[X] The above modification of conditions of release is ordered, to be effective on  5/11/05
[ ] The above modification of conditions of release is *not* ordered.

_____                              5/11/05
Signature of Judicial Officer                         Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services