*Stipulation and Order*

Patience Milrod

844 N. Van Ness Avenue

Fresno, California  93728

559/442-3111


Attorney for ADALBERTO CHAVEZ


IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff,      )<br>)<br>)<br>)<br>)<br>)<br>vs.                                   )<br>ADALBERTO CHAVEZ, *et al.,*      )<br>)<br>Defendants.   ) | Case No. CR-F-04-CR-5327-AWI<br><br>**STIPULATION RE: DEFENDANT'S TEMPORARY ABSENCE FROM THE EASTERN DISTRICT OF CALIFORNIA AND ORDER** |

    IT IS HEREBY STIPULATED that Adalberto Chavez, the defendant in the above-entitled action, be allowed to attend a family vacation in Hawaii.

    Mr. Chavez's terms of bail release restrict travel to the Central District of California (counties of Los Angeles, Orange, San Bernardino, Riverside, Venture, Santa Barbara, and San Luis Obispo), and to and from the Eastern District for Court purposes only.  Therefore Mr. Chavez respectfully requests that this Court order that he be allowed to depart the Central

District of California on April 20, 2007 and return to that same district on April 25, 2007 in order to vacation with his family in Hawaii. The office of pre-trial services has been contacted regarding this request and stipulation and through its agent, Camron Pitcher, has provided approval and this stipulation. Laurel Montoya, Assistant United States Attorney, has also approved this stipulation.

DATED: March 23, 2007        /s/ Laurel Montoya
                             LAUREL MONTOYA
                             Assistant United States Attorney

DATED: March 23, 2007        /s/ Patience Milrod
                             PATIENCE MILROD
                             Attorney for defendant
                             ADALBERTO CHAVEZ

DATED: March 23, 2007        /s/ Camron Pitcher
                             CAMRON PITCHER
                             Pretrial Services Officer

## ORDER

The Court having read and reviewed the stipulation of the parties, and good cause appearing therefor,

IT IS HEREBY ORDERED that defendant ADALBERTO CHAVEZ is granted permission to attend a family vacation in Hawaii, and that he may depart the Central District of California no earlier than April 20, 2007 and is ordered to return to the Central District of California no later than April 25, 2007.

IT IS SO ORDERED.

**Dated:   March 28, 2007**              /s/ Anthony W. Ishii
0m8i78                                   UNITED STATES DISTRICT JUDGE