Patience Milrod
844 N. Van Ness Avenue
Fresno, California 93728
559/442-3111

Attorney for ADALBERTO CHAVEZ

FILED
JAN 26 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-F-04-CR-5327-AWI |
| Plaintiff, | DEFENDANT'S APPLICATION FOR EXONERATING BOND AND FOR RECONVEYANCE OF REAL PROPERTY and [PROPOSED] ORDER |
| vs. | |
| ADALBERTO CHAVEZ, et al., | |
| Defendants. | |

Defendant Adalberto Chavez, through counsel Patience Milrod, hereby moves the Court for an order exonerating the bond and for reconveyance of real property in the above-captioned case.

On or about November 3, 2004, defendant Adalberto Chavez made an initial appearance in this matter before the United States District Court of California for the Central District. On November 5, 2004, the Magistrate Judge ordered Mr. Chavez released from custody under conditions of Pretrial Services supervision and a

*Application for Order Exonerating Bond and for Reconveyance of Real Property; and [Proposed] Order*   1

1. $125,000.00 appearance bond. On November 15, 2004, a short form deed of trust was delivered to the Court (see docket entry #18 in case # ED 04-MJ-340).

2. On or about December 3, 2004, Mr. Chavez made an initial appearance in the United States District Court of California for the Eastern District.

3. Mr. Chavez appeared in the United States District Court for the Eastern District of California on March 8, 2007 and entered a plea of guilty to possession with intent to distribute a controlled substance and aiding and abetting, 21 U.S.C. § 841(a)(1) and (b)(1)(A). He was subsequently sentenced, on November 9, 2009, and pursuant to the Court's order timely surrendered himself to the custody of the Bureau of Prisons on January 7, 2010.

4. Because Mr. Chavez is now in custody and serving his term of sentence, he requests that the Court exonerate the bond previously set by the Magistrate Court and reconvey title to the real property securing said bond located at 1780 Vixen Trail, Corona, California, to Adalberto Chavez

Date: January 22, 2010                    Respectfully submitted,

/s/ Patience Milrod
PATIENCE MILROD
Attorney for Adalberto Chavez

///
///
///
///
///

*Application for Order Exonerating Bond and for Reconveyance of Real Property; and [Proposed] Order*   2

1

**[PROPOSED] ORDER**

2   IT IS HEREBY ORDERED that the bond in the above-captioned case be

3   exonerated and title to the real property located at 1780 Vixen Trail, Corona, California,

4   be reconveyed to Adalberto Chavez.

5   IT IS SO ORDERED.

6   Dated:  /-25-10

HON. ANTHONY W. ISHII
Judge of the Eastern District

*Application for Order Exonerating Bond and for Reconveyance of Real Property; and [Proposed] Order   3*